IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BEATRICE B. SIMMONS,

    Plaintiff,

v.         CASE NO. CV414-203

FIVE STAR QUALITY CARE, INC.
and GWYNN SPEARMAN,

    Defendants.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. As a result, all of Plaintiff's claims against Defendant Gwynn Spearman are **DISMISSED WITH PREJUDICE**. All of Plaintiff's claims against Defendant Five Star Quality Care, Inc., with the exception of her claim for failure to promote, are also **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to implement service of process as outlined in the Report and Recommendation.

SO ORDERED this 23rd day of January 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA