# United States District Court
## *Southern District of Georgia*

Beatrice B. Simmons,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-203,

Five Star Quality Care, Inc.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 4/13/15, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case with prejudice.

4/13/15
_____
Date



(By) Deputy Clerk